Button Estate.

Argued September 30, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John F. Bell*, with him *Thomas J. Terputac*, for appellant.

*Milton D. Rosenberg*, with him *W. Bryan Pizzi, II*, and *Bloom, Bloom, Rosenberg & Bloom*, for appellee.

OPINION PER CURIAM, December 20, 1971:

Decree affirmed. *McCown v. Fraser*, 327 Pa. 561, 192 Atl. 674 (1937); see also *Young v. Kaye*, 443 Pa. 335, 279 A. 2d 759 (1971). Each party to bear own costs.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.